# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Raymond Inoue,

    Plaintiff

v.

Immigration Customs Enforcement,

    Defendant

Case No.: 2:17-cv-03134-JAD-PAL

**Order Adopting Report and Recommendation and Dismissing Case**

[ECF No. 7]

Pro se plaintiff Raymond Inoue spent nine months in jail at the Southern Desert Correctional Center for committing burglary and carrying a concealed weapon before he was released on parole.[1] He brought this case to request a stay of his pending deportation to the Philippines, but he neither paid the filing fee nor filed an application to proceed *in forma pauperis*.[2] This court ordered Inoue to pay the filing fee or file a pauper application and warned him that his case would be dismissed if he did neither.

Inoue has now had four months to pay the fee or file a pauper application, but he has failed to do anything. Magistrate Judge Peggy Leen therefore recommends that I dismiss this case.[3] The deadline to object to Judge Leen's recommendation was yesterday, April 4, 2018, and Inoue has filed no objections. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[4] Accordingly, with good cause appearing and no reason to delay, IT IS HEREBY ORDERED that Magistrate Judge Leen's report and recommendation **[ECF No. 7] is ACCEPTED and ADOPTED.** This case is **DISMISSED without prejudice** to Inoue's ability to re-file it with an accompanying pauper application or a

---

[1] NEV. DEP'T OF CORR. (April 5, 2018) http://doc.nv.gov/Inmates/Home/ (inmate search by name Raymond Inoue or by offender ID 1178986).

[2] ECF No. 1.

[3] ECF No. 7.

[4] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

1

filing-fee payment.  The **Clerk of Court** is directed to **ENTER JUDGMENT accordingly and CLOSE THIS CASE**.

Dated: April 5, 2018

_____
U.S. District Judge Jennifer A. Dorsey